UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL CANDIA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

TASTEBUD MARKET LLC
    d/b/a MODERN BREAD AND BAGEL,
    d/b/a ARBA,
JOSHUA BORENSTEIN, and
ORLY GOTTESMAN,

          Defendants.

Case No.: 1:21-cv-00472

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that Plaintiff, MIGUEL CANDIA, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants, without costs or attorneys' fees to any party.

Dated: April 6, 2021
       New York, New York

LEE LITIGATION GROUP, PLLC

_____
C.K. Lee, Esq.
*Attorney for Plaintiff*
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181

---

Plaintiff has filed a notice that he wishes to voluntarily dismiss without prejudice all claims pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Dkt. 16.) That Rule allows a plaintiff to voluntarily dismiss an action without a court order. Further, although this case involves claims under the Fair Labor Standards Act, the Court is aware of no binding authority that requires the Court to approve a dismissal without prejudice. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199, 201 n.2 (2d Cir. 2015).

The Clerk of Court is thus respectfully directed to close this case.

SO ORDERED.

Date: April 6, 2021
     New York, New York

_____
JOHN P. CRONAN
United States District Judge